UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER LANAE MALBROUGH,<br><br>    Plaintiff,<br><br>    v.<br><br>DEBRA BIBBY,<br><br>    Defendant. | No. 2:22–cv–840–KJM–KJN PS<br><br><u>ORDER</u><br><br>(ECF No. 4) |

On June 9, 2022, the magistrate judge filed findings and recommendations (ECF No. 4), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On June 14, 2022, plaintiff filed objections to the findings and recommendations (ECF No. 5), which have been considered by the court.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 4) are ADOPTED IN FULL;

2. Plaintiff's claims are DISMISSED for lack of subject matter jurisdiction;

/////

1

    3. Plaintiff's motion for entry of default (ECF No. 3) is DENIED as moot and as premature; and

    4. The Clerk of Court is directed to CLOSE this case.

DATED: July 11, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE